DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WALTER L. HOLLEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3526

[February 27, 2020]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara McCarthy, Judge; L.T. Case No. 96-024586CF10B.

Walter L. Holley, Okeechobee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CONNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***